IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Crim. No. 1:15-cr-131 |
| v. | : | |
| **ANDRE MOSLEY** | : | Judge Sylvia H. Rambo |

# **O R D E R**

AND NOW, this 16th day of May, 2018, **IT IS HEREBY ORDERED** that the "Motion to Request Brady Material to Perfect Motion Pursuant to 28 U.S.C. § 2255" is granted in part and denied in part as follows:

1) The request for an extension of time is **GRANTED**. Mosley shall file a 2255 motion on or before June 29, 2018.

2) The request for *Brady* material is **DENIED**.

3) The request for trial counsel to file an affidavit is **DENIED**.

                                                  s/Sylvia H. Rambo
                                                  SYLVIA H. RAMBO
                                                  United States District Judge